AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LOZANO, RODOLFO | US DISTRICT COURT | 04/23/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - SENIOR | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2008 to 12/31/2008 |
|  | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 5400 FEDERAL PLAZA SUITE 4300 HAMMOND, IN 46320 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PARTNER | TRUST NO 2851 GOUGH SPANGLER BUILDING |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 P 2: 52 FINANCIAL DISCLOSURE OFFICE

Lozano_Rodolfo

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/23/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/23/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. TRANSAMERICA LIFE INSURANCE CO | INSURANCE LOAN | L |
| 2. CHASE MASTER CARD | CREDIT CARD BALANCE | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EFRON II, LTD PARTNERSHIP, YPSILANTI, MI | B | Rent | K | W | | | | | |
| 2. -INTEREST INCOME | A | Int./Div. | | | | | | | |
| 3. - DISTRIBUTION | A | Distribution | | | | | | | |
| 4. GOUGH SPANGLER - TRUST NO 2851, MERRILLVILLE, IN | C | Rent | M | Q | | | | | |
| 5. CHASE F/N/A BANK ONE (Y) | | | | | | | | | |
| 6. FIFTH THIRD BANK PASSBOOK SAVINGS | A | Interest | J | T | | | | | |
| 7. TRANSAMERICA INSURANCE CO WHOLE LIFE | | None | J | T | | | | | |
| 8. TRANSAMERICA INSURANCE CO UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 9. TRANSAMERICA INSURANCE CO UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 10. TRANSAMERICA INSURANCE CO UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 11. TRANSAMERICA INSURANCE CO UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 12. PRUDENTIAL INSURANCE CO LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 13. PRUDENTIAL INSURANCE CO LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 14. PRUDENTIAL INSURANCE CO LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 15. METROPOLITAN LIFE INSURANCE CO | A | Dividend | J | T | | | | | |
| 16. METROPOLITAN LIFE INSURANCE CO | A | Distribution | J | T | | | | | |
| 17. WACHOVIA SECURITIES F/K/A AG EDWARDS - | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  SONABANK | | None | | | Redeemed | 03/12 | J | | |
| 19.  CASH | A | Int./Div. | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/23/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V - Gifts - Line 1 - For the past 9 or 10 years, I have had a judicial membership with the Union League Club of Chicago. Ninety-nine percent of my use of the membership occurs for room and board while sitting by designation as a district judge in Northern District of Illinois. I pay $68 per month in dues. Regular dues for out of state guests is $227 per month. I have not made use of the Union League facilites for approximately 7-8 years.

Part VII - Investment and Trusts - Line 1 - I have not and will not accept a case with Mort Efron, who is the general partner of Efron II. Efron II, Limited partnership is a shopping center in Ypsilanti Michigan, (valued at cost).

Part VII - Investment and Trusts Line 4 - I have not participated in any managment decisions in Gough Spangler Building Partnership, Trust No. 2851 since prior to my taking the bench. I requested that I not be involved in any management decisions while on the bench and have been advised that a resolution was passed to this effect. I have not and will not accept any cases involving Spangler, Jennings & Dougherty, the building's major tenant. Value for the building is shown as my share only. In the past, the building's value was shown as total value. Value of the building is shown as appraisal at the time the loan with Fifth Third was issued. Appraisal issued 7/17/98 to Pinnacle Bank (which later became Fifth Third). I have not and will not accept any case in which Spangler, Jennings & Dougherty is involved.

Attorneys P. Jeffrey Schlesinger and Charles E Steward Jr. have rented a small office space in the Gough Spangler building wherein I have an interest. Both of these attorneys have criminal cases in my court as CJA attorneys. I have made disclosure of this situation on all cases wherein I am presiding judge with these two attorneys participating. I have received waivers from counsel and the defendants on all of these cases. I have asked the government and these two attorneys to be sure to remind me to make a record so as to make sure a case does not fall through the cracks. I did not approach, negotiate, or encourage the renting of this office space. As mentioned before, I have nothing to do with the management of the building.

In the past, I have erroneously listed a liability with Fifth Third Bank. This loan is held in the name of Spangler, Jennings and Dougherty and I have no personal liability.

Part VII - Line 5 - The 12/31/08 asset value and investment income for JP Morgan Chase bank accounts have fallen below the filing threshold. This asset will not be included in future reports until the asset value or income meet the filing requirement.

Part VII - Line 18, 19 and 20 - Wachovia F/K/A AG Edwards

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 04/23/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF... AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544